GREGORY G. KATSAS  
Assistant Attorney General  
DAVID J. KLINE  
Department of Justice, Civil Division  
Office of Immigration Litigation,  
District Court Section  
VICTOR M. LAWRENCE  
Principal Assistant Director  
NANCY N. SAFAVI  
Trial Attorney  
Office of Immigration Litigation  
    P.O. Box 868  
    Ben Franklin Station  
    Washington DC, 20044  
    Phone: (202) 514-9875  
    Fax: (202) 616-8962  
    Email: Nancy.Safavi@usdoj.gov  

Attorneys for Defendants

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE ALEX CHAVEZ, ) | No. CV 08-02450 MMM (RCx) |
| ) | |
|     Plaintiff, ) | **ORDER RE STIPULATION FOR** |
| ) | |
|         v. ) | **DISMISSAL OF COMPLAINT** |
| ) | |
| MICHAEL CHERTOFF, et al., ) | [PROPOSED] |
| ) | |
|     Defendants. ) | Honorable Margaret M. Morrow |

IT IS HEREBY ORDERED THAT this case is dismissed without prejudice and that the parties will bear their own fees and costs.

DATED: October 28, 2008

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2